**SO ORDERED.**

Dated: September 09, 2010

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**
_____

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-21998

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-06540-CGC |
| Ira J. Dubner | Chapter 7 |
|     Debtor. | ORDER FOR ABANDONMENT |
| U.S. Bank, National Association | |
|     Movant, | (Related to Docket #33) |
| vs. | |
| Ira J. Dubner, Debtor; Lothar Goernitz, Trustee. | |
|     Respondents | |

On this day came on for consideration, U.S. Bank, National Association, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

8459 E. Montebello Ave.
Scottsdale AZ 85250

and legally described as:

Unit 124 of PARK SCOTTSDALE TOWNHOUSE UNIT TWO, according to Declaration of Horizontal Property Regime recorded in Docket 4979, page 66, and plat recorded in Book 105 of Maps, Page 15 and 16, Maricopa County Arizona;

TOGETHER WITH an undivided interest in the Common Elements" as set forth in said Declaration and Plat.